MARION KAVANAGH, petitioner-respondent,

*v.*

JOHN KAVANAGH, defendant-appellant.

[Argued October 23d, 1944.  Decided January 4th, 1945.]

*Messrs. Ward & McGinnis* and *Mr. Louis C. Friedman,* for the defendant-appellant.

*Messrs. Breslin & Breslin* and *Mr. James A. Major,* for the petitioner-respondent.

PER CURIAM.

We have examined the testimony and the briefs of counsel, and are of the opinion that the proofs fully support the decree appealed from.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ.  12.

*For reversal*—None.